Michael Geisler
Name and Prisoner/Booking Number
Arizona State Hospital – ACPTC - Mesquite Hall
Place of Confinement
2500 East Van Buren Street
Mailing Address
Phoenix, AZ 85008
City, State, Zip Code
(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Michael Geisler ,
(Full Name of Plaintiff)

　　　　　　　　Plaintiff,
v.

(1) Arizona Department of Health Services et. al. ,
(Full Name of Defendants)

(2) Doug Ducey ,

(3) Cara Christ, ,

(4) Aaron Bowen, ,

　　　　　　　　Defendant(s).

☑ Check if there are additional Defendants and attach page A-1 listing them.

CASE NO. CV20-00437-PHX-GMS--CDB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**

☑ Original Complaint
☐ First Complaint
☐ Second Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other _____

2.  Institution/City where violation occurred: Arizona State Hospital - ACPTC, Phoenix AZ 85008

Revised 3/11/16                                      1                                      **550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Doug Ducey_____. The first Defendant employed as _____Governor For The State Of Arizona____ at _____Arizona State Capital_____.
   (Position and title)                                    (Institution)

2. Name of first Defendant: __Department of Health Services_____. The second Defendant employed as: as_____Health Services for the Mentally Ill_____ at _____Arizona Department of Health Services____.
   (Position and title)                                    (Institution)

3. Name of first Defendant: __Cara Christ_____. The first Defendant employed as _____Health Services  Director_____ at _____Arizona Department of Health Services____.
   (Position and title)                                    (Institution)

4. Name of first Defendant: __Aaron Bowen,_____. The first Defendant employed as _____Chief Executive Officer_____ at _____Arizona State Hospital/Asylum_____.
   (Position and title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☐ No

2. If yes, how many lawsuits have you filed? ____1____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Baron – St. Laurent Sr.  et. al.  v. Doug Ducey   et. al.
      2. Court and case number: United States District Court  CV-19-05443-PHX-DJH-JFM
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) Case was Severed into individual actions

   b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional Defendant on a separate page.

2

## B. ADDITIONAL DEFENDANTS

5. Name of fifth Defendant: __Shanda Payne,__ _____. The fifth Defendant employed as __Director over ACPTC__ at __Arizona State Hospital/Asylum - ACPTC__.
   (Position and title) (Institution)

6. Name of sixth Defendant: __Sheridan Miller,__ _____. The sixth Defendant employed as __Clinical Director over ACPTC__ at __Arizona State Hospital/Asylum – ACPTC__.
   (Position and title) (Institution)

7. Name of seventh Defendant: __Bugby,__ _____. The seventh Defendant employed as __Chief of Security__ at __Arizona State Hospital/Asylum – ACPTC__.
   (Position and title) (Institution)

8. Name of the eighth Defendant: __Bradley Johnson,__ _____. The eighth Defendant employed as __Psychiatrist__ at __Arizona State Hospital/Asylum – ACPTC__.
   (Position and title) (Institution)

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other civil right that has been violated: __14th Amendment due process Clause__

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Due Process

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts that clearly in your own words without citing legal authority or arguments.
   - I have been civically committed and am a patient at the Arizona State Hospital for the past 10 years. During this time frame I have experienced abuse at the hands of other patients and staff alike. I suffer from mental health issues that are being taken advantage of by defendants in my claim.
   - Defendant Clinical Director Miller, under the authority of Defendant Director Payne has done everything within the power of her position to discredit plaintiffs treatment achievements' and stall his ability to obtain a level 5, then waits till he has a bad day and makes a bad decision, and defendants Miller and Payne use what plaintiff did to justify their decision to hold any forward progress.
   - In challenging the current direction of a two year treatment program as ascertained by State Law Defendants' Payne and Miller have taken upon themselves in their official and individual capacity to prolong the stay, better known as warehousing civilians, because the law states that under the SVP statute plaintiff can be committed for the rest of his life. However, the statute in its written language states that the treatment program must be adequate in allowing plaintiff to work his way to absolute discharge within a reasonable amount of time and that time has been set at two years, anything over two years is warehousing and Defendants' have utilized mindreading techniques' to deny advancement in the level system; deliberately holding documents (plaintiffs' offense cycle and RPP; two years now) that it must be written in such a way so it fulfills Defendant Millers high expectations and not what is really going on or has gone on in plaintiffs life.
   - Defendants' Payne and Miller have abused their authoritive powers in their official and individual capacity (Dr. Miller has told me that under her watch no sex offenders should be released and would make it hard and block advancement in the level system which also violates written policy that has been posted our buildings), in following the written law of the land and have blocked any possibility of obtaining my discharge. **NOTE:** Professional Psychiatrists and Psychologists have testified that in a therapeutic treatment setting that after a patient is hospitalized after five years the patient will not retain any additional treatment. What a patient has learned in the first five years is what he will retain and continuing to make a patient retake the same material over and over does nothing but further institutionalizes and warehouses the patient.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional Trauma; lack of sleep and appetite; Fear; Physical ailments – headaches, unexplained body pain; stomach ailments. Suffered from sleep deprivation due to anxiety and stress; loss of appetite; humiliated; and my forward advancement had been stopped.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other civil right that has been violated: __14th Amendment due process Clause__

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Due Process

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts that clearly in your own words without citing legal authority or arguments.
   - Plaintiff, who is actively participating in his treatment and has been placed by court order into the Less Restrictive Alternative (LRA) program is confined to a maximum Detention like facility.
   - The placement into the Court Ordered LRA program signifies that I have demonstrated that I am not a threat of escaping or physically abusive behaviors, even after I have completed ten years and have never been considered a risk.
   - Defendants' CEO Aaron Bowen, and ACPTC Director Shanda Payne, has spent thousands of dollars adding surveillance cameras everywhere, seven strands of razor wire and plaintiff wears a GPS that tracks his every movement to make this facility more secure which was never needed prior to 2012.
   - Defendants' CEO Aaron Bowen, Security DOC Chief Bugby, and ACPTC Director Shanda Payne, has written and implemented policy preventing plaintiff from going outside on his own without being escorted or constantly supervised by floor staff even with all of the enhanced security.
   - On a daily basis Plaintiff endures more restriction and security measures than he did when he was incarcerated.
   - Plaintiff is Civilly Committed under Civil Commitment Laws and is to be allotted his rights as civilian and continue to be treated and mistrusted as inmates.
   - Plaintiff a Civilly Committed Patient is in the LRA program yet, he is being treated as if he is still serving time in a maximum correctional facility.
   - Plaintiff experiences a constant hostile, anti-social, prison like atmosphere that is perpetrated and enhanced by the hiring of doc trained and experienced staff who enforces and advocates for this type of structure because we are still considered as inmates doing extended prison time and should never be released.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional Trauma; lack of sleep and appetite; Fear; Physical ailments – headaches, unexplained body pain; stomach ailments. Suffered from sleep deprivation due to anxiety and stress; loss of appetite; humiliated; and my forward advancement had been stopped.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other civil right that has been violated: __14th Amendment due process Clause__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Due Process

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts that clearly in your own words without citing legal authority or arguments.
   - Defendants Payne and Miller, having leadership roles are violating Plaintiffs due process rights by denying him the right to be represented at an IR (Incident Report) hearing that results in the handing down of punishment Defendants have permitted and ensured that plaintiff will never have representation or be allowed in one of the hearings. Plaintiffs mental health disabilities are exploited and taken advantage of and do falsely accuse us of wrongs, write an information report citing a wrong [without notifying us that they are doing so – typical DOC behavior], turns report in, then the report is discussed in an IR meeting that consists of clinical and non-clinical staff [building/floor managers]. Once a floor manager returns to the floor he is in charge of, he notifies me that i now have sanctions [punishment] for something that I was never told about or had any chance in defending myself against the issue that had been reported.
   - Defendants CEO Aaron Bowen and ACPTC Director Shanda Payne have instituted a restrictive mail, property and phone calling policies without notification in advance.
   - In 2018, Defendants CEO Aaron Bowen, and ACPTC Director Shanda Payne have written and implemented new policies that further restricts Plaintiff(s) civilian rights to not be impeded in his ability to reintegrate within society by having the responsibility to contact outside sources, businesses, churches, support groups, etc.
   - Defendants CEO Aaron Bowen and ACPTC Director Shanda Payne have written and implemented a restrictive phone policy that denies my ability to call businesses, public entities, lawyers, support peers, and court without first, getting prior approval from the floor manager to do so.
   - Plaintiff, has been denied the ability to call community support persons, persons of contact [who are familiar, have met and talked with plaintiff], mentors, friends, and peers, without getting approval first by the floor manager.
   - Plaintiff can only order items from a prison catalog which is pricy and hinders him from having the ability to shop competitively for a better price.
   - Plaintiff asserts that the current restrictive conditions are more restrictive then when he was incarcerated.
   - Plaintiff(s) asserts that the above changes were made by ACPTC Director Shanda Payne under the approval of Defendant CEO Aaron Bowen.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional Trauma; lack of sleep and appetite; Fear; Physical ailments – headaches, unexplained body pain; stomach ailments. Suffered from sleep deprivation due to anxiety and stress; loss of appetite; humiliated; and my forward advancement had been stopped.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

# E. REQUEST FOR RELEIF

State the relief you are requesting:

- Plaintiff seeks the sum of $ 250,000.00 in compensatory, nominal, punitive, and emotional damages that he was exposed to by the Defendants'' who had authority over him and have compounded upon his mental illness          .
- Additionally plaintiff seeks his absolute discharge from the ACPTC program                                                                         .
- Plaintiff seeks an order from the Court that would instruct Defendant Governor Ducey to release additional funds earmarked for the fixing and opening one of the empty buildings, for raises, and hiring of staff who have mental health experience and training          .
- Plaintiff seeks an order from the Court that would instruct CEO Aaron Bowen and ACPTC Director Shana Payne to change the current policies pertaining to our living conditions, to have the severely restricted conditions changed, and to be treated as civilians, with civilian rights in all aspects of our treatment and living conditions while a patient at ASH, and to remove all similarities' including thoughts and behaviors of Administrative, Managers, and Line staff in reference to being treated as if he was still doing correctional time          .
- Plaintiff seeks a further order from the Court that would instruct Defendant Governor Ducey and Defendant Dr. Crist to remove the unnecessary restrictive conditions that exist within the grounds of ASH because they have the power to do so because they are the defendants' who originally placed the severe restrictions on me          .
- Plaintiff asks the court for an oversight committee to protect his right and to monitor the ACPTC and to have access to all residents and that all residents could speak freely without fear of reprisal / retaliation, and ask the court for an order to have ASH immediately stop using harassing tactics by staff of the ACPTC especially Defendant Payne          .

I declare under penalty of perjury the foregoing is true and correct.

Executed on __2/21/20__
   DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
Other person who helped you prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

Certificate of Service
I hereby certify that original and copy of this document was mailed this Month __February__
Day __21st__                    Year __2020__
To U.S. District Court Clerk
   U.S. Courthouse, Suite 130
   401 West Washington Street, SPC 10
   Phoenix, Arizona 85003-2119

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more that fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

## COUNT IV

1. State the constitutional or other civil right that has been violated: __14th Amendment due process    Clause__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: Due Process

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts that clearly in your own words without citing legal authority or arguments.
   - Defendant Payne, Miller, and Johnson cannot take states evaluators' recommendations as fact because the recommendation is based on evaluators' opinion and does not support the burden of proof beyond a reasonable doubt. Plaintiffs' yearly evaluation is made up of cut and paste information that has been cut and pasted over the past several years. When doubt is present an adverse decision cannot be rendered. Plaintiff challenges the evidence used by state evaluators under the Dalbert Ruling.
   - Defendants Payne, Miller, and Johnson have ignored the Dalbert Ruling. In Dalbert, the case determined that there must be proof beyond a reasonable doubt, and provide substantial factual proof to back their opinion that plaintiff is a risk to society and not a mere speculation on their part.
   - Defendants Payne, Miller, and Johnson evidence/facts they use are merely speculative, guessing, mind reading and projecting what they think on how plaintiff will do in society. Defendants must prove to the court beyond a reasonable doubt that they have solid proof plaintiff is a risk to society and must remain committed.
   - Defendants Payne, Miller, and Johnson try to mind read, and project what they think; predict how plaintiff will do once he is living in the community and his risk of reoffending which, is low, has delayed his progress forward (sometimes over a year even when plaintiffs behavior is at its best) and ability to transition forward and into the community, waiting till he stumbles and then defendants use this as their justification in delaying his forward progress.
   - Under Defendants' Payne and Millers strenuous restrictions, expectations and qualifications, it is nearly impossible for plaintiff to provided and meet defendants' demands.
   - Plaintiff is a civilian, committed in a civil trial and should be afforded the same protection that defendants face in a criminal trial where, an allegation must be proven beyond a reasonable doubt and not speculative or hearsay which, is not admissible as evidence in court.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional Trauma; lack of sleep and appetite; Fear; Physical ailments – headaches, unexplained body pain; stomach ailments. Suffered from sleep deprivation due to anxiety and stress; loss of appetite; humiliated; and my forward advancement had been stopped.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____